UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No: 8:12-CR-457-T-30MAP

ARNOLD MAURICE MATHIS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #32), the Defendant's Objections (Dkt. #44), and the United States' Response in Opposition (Dkt. #45) thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, the Response, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #32) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.  Defendant's Motion to Suppress Evidence and Request for Evidentiary Hearing (Dkt. #15) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2012\12-cr-457.adopt 32.wpd