UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARNOLD MAURICE MATHIS

    Petitioner

v.                                                                           Case No.:  8:12-cr-457-T-24MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ON REMAND

This case is before the Court upon limited remand from the Eleventh Circuit for the purpose of determining whether pro-se defendant Arnold Maurice Mathis merits an extension of the appeal period under Federal Rule of Appellate Procedure 4(b)(4). The Court finds that he does.

Rule 4(b)(4) provides that the district court may extend time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by Rule 4(b), and the party shows excusable neglect or good cause. Here, Arnold Maurice Mathis had 14 days from September 11, 2015 to file his notice of appeal. (The Court denied the Motion for New Trial on September 11, 2015. Dkt. 198). Arnold Mathis filed his Notice of Appeal on October 19, 2015 (Dkt. 204), after expiration of the appeal deadline but within thirty days after the expiration of the appeal period.

On February 29, 2016, this Court ordered Arnold Mathis to show cause why he failed to file a timely notice of appeal. Dkt. 209. Mathis filed a response stating he did not receive this

Court's denial of his motion. The docket in Mathis' case does not reflect that the Clerk's Office mailed the Order to pro-se defendant Mathis and a call to the Clerk's Office confirmed it was not mailed. Accordingly, the Court finds he has shown excusable neglect and good cause for granting an extension of time to file his notice of appeal.

The Clerk is instructed to mail a copy of the Court's September 11, 2015 Order denying the Motion for New Trial (Dkt. 198) to pro se Defendant.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of March, 2016..

                                              SUSAN C. BUCKLEW
                                              United States District Judge

Copy: Eleventh Circuit Court of Appeals
        Pro-se Defendant Arnold Mathis